UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

RODDY REYES,

    Debtor.
_____/

CASE NO.: 13-28727-AJC
Chapter 13

**SECURED CREDITOR, CUTLER LANDINGS PROPERTY OWNERS
ASSOCIATION, INC.'S MOTION FOR STAY RELIEF**

Secured Creditor, Cutler Landings Property Owners Association, Inc. ("Association"), by and through counsel, pursuant to 11 U.S.C. Section 362, files this Motion for Stay Relief, and states:

1. On August 7, 2013, the Debtor filed a voluntary Chapter 13 bankruptcy petition.

2. The Association is a secured creditor of the Debtor and brings this Motion pursuant to the provisions of 11 U.S.C. Section 362(d).

3. The Debtor owns the following real property in Miami Dade County, Florida described as:

> Lot No. 34 Block No. 17 of CUTLER LANDINGS 1ST ADDITION, as recorded in Plat Book 136, at Page 57, of the Public Records of Miami-Dade County, Florida
>
> A/K/A 11875 SW 273 STREET HOMESTEAD FLORIDA 33032 (the "Property")

4. The Debtor purchased the Property subject to the conditions, restrictions, limitations, terms and covenants which govern the Association (the "Governing Documents"). The Association is under a duty to enforce its Governing Documents.

5. Pursuant to said Governing Documents, the Debtor is obligated to pay current the post-petition maintenance payments to the Association in the monthly amount of $96.00.

6. On September 8, 2016, the Debtor confirmed his First Modified Plan which provided for post-petition maintenance payments to the Association for months 1-34 of the plan. Since September, 2016, the Debtor has failed to remit the maintenance payments to the Association and remains delinquent.

7. The Debtor has failed to pay the post-petition sums due the Association from September, 2016 to the present and, as of June 30, 2018, is obligated to the Association in the amount of $4,574.41 for maintenance payments, interest, late charges, attorneys' fees and costs. A copy of the Association's Affidavit of Indebtedness is attached as Exhibit "A."

8. The Property has been valued at $186,347.00 for the year 2018 according to the Miami-Dade County tax assessor's website, a copy of which is attached as Exhibit "B."

9. The Debtor claims the Property exempt.

10. As a result of the Debtor's post-petition default, the Association requests that it be authorized to commence all necessary foreclosure proceedings against the Property, through a judicial sale of the Property, and that the 14 day stay of the Order granting the requested relief pursuant to Bankruptcy Rule 4001(a)(3) be waived so that the Association may pursue its remedies without further delay.

11. The post-petition payment address for the Association is in c/o Alton Madison Property Management, Inc., 381 N. Krome Avenue, #205, Homestead, Florida 33030.

WHEREFORE, the Association respectfully requests that this Court grant this Motion for Stay Relief as follows: authorize the Association to commence with all necessary foreclosure proceedings against the Property through the issuance of certificates of sale and title and a writ of possession, to obtain a money judgment against the Debtor for

all post-petition maintenance assessments, interest, late fees, attorneys' fees and costs, and for any further relief deemed just.

SIEGFRIED, RIVERA, HYMAN,
LERNER, DE LA TORRE,
MARS & SOBEL, P.A.
Attorneys for Association
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134
Telephone: (305) 442-3334
Fax: (305) 443-3292
jberlowitz@srhl-law.com

By: /s/ Jeffrey S. Berlowitz
    Jeffrey S. Berlowitz, Esq.
    Florida Bar No. 963739

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing is being served via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner to Ricardo Corona, Esq., 3899 NW 7th Street, 2nd Floor, Miami, Florida 33126 and Nancy K. Neidich, Trustee, POB 279806, Miramar, Florida 33027, and by U.S. Mail to Roddy Reyes, 11875 SW 273rd Street, Homestead, Florida 33032 on this 13th day of July, 2018.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

By: /s/ Jeffrey S. Berlowitz
    Jeffrey S. Berlowitz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 13-28727-AJC
Chapter 13
RODDY REYES,

    Debtor.
_____/

## AFFIDAVIT OF INDEBTEDNESS

STATE OF FLORIDA    )
                              ) SS:
COUNTY OF MIAMI-DADE  )

    BEFORE ME, the undersigned authority, personally appeared, Charles Gugliuzza, who upon oath, makes this affidavit upon personal knowledge as follows:

    1.    Affiant is the licensed CAM Manager and the custodian of the accounting records for Cutler Landings Property Owners Association, Inc. ("Association") relative to the property which is the subject of the above-captioned action to recover sums owed to the Association for past due maintenance assessments. The statements contained herein are true and correct, and based on personal knowledge of the Association's books and business records.

    2.    By virtue of custodianship and review of the Association's accounting records, Affiant is familiar with the indebtedness underlying the above-captioned action including maintenance assessments, special assessments, accrued interest, costs and attorneys' fees owed to the Association by the Debtor. The amount of the indebtedness and the nature and extent of default set forth in the Motion for Relief from the Automatic Stay (the "Motion") is information derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a



EXHIBIT "A"

person with knowledge of those matters, the records were kept in the course of the regularly conducted activity of the Association, and were made by the regularly conducted activity as a regular practice. Affiant certifies that all of the documents attached to the Motion as an exhibit are true and accurate copies of the original documents. This Affidavit represents a true and correct statement of the sums owed to the Association as of June 30, 2018, and of additional sums that will accrue thereafter.

3. The Debtor is indebted to the Association in the sum of $4,574.41 through June 30, 2018 for the following:

|   |                          |            |
|---|--------------------------|------------|
| A. | Assessments             | $1,920.35  |
| B. | Late charges            | $180.00    |
| C. | Interest                | $301.56    |
| D. | Attorneys' Fees and Costs | $2,145.50 |

with respect to the Debtor's ownership of the real property located at 11875 SW 273rd Street, Homestead, Florida 33032, and will incur additional maintenance assessments of $96.00 and late charges of $10.00 each month thereafter, together with interest accrued thereon through the entry of the final judgment of foreclosure. Additionally, the Association will continue to incur attorneys' fees and costs in connection with the collection of the outstanding sums due the Association from the Debtor. The Debtor is

2

liable to the Association for all of said attorneys' fees and costs.

FURTHER AFFIANT SAYETH NAUGHT.

_____, Affiant

The foregoing instrument was acknowledged before me this 15 day of June, 2018 by Charles Gagliucci, as property manager and custodian of the accounting records for Cutler Landings Property Owners Association, Inc. and who is personally known to me and did take an oath.

Signature: _____
NAME: Yudelsy Puente
Title: Notary Public
Serial No.: FF 985147
My commission expires: 4/24/20

YUDELSY BARBARA PUENTE
Notary Public - State of Florida
Commission # FF 985147
My Comm. Expires Apr 24, 2020
Bonded through National Notary Assn.

3

**PEDRO J. GARCIA**
**MIAMI-DADE PROPERTY APPRAISER**

**IMPORTANT MESSAGE**

When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our Tax Estimator to approximate your new property taxes.

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

**SEARCH:** Address | Owner Name | Subdivision Name | Folio
reyes, roddy

## PROPERTY INFORMATION

**Folio:** 30-6936-005-1650

**Sub-Division:**
CUTLER LANDINGS 1ST ADDN

**Property Address**
11875 SW 273 ST
Miami, FL 33032-3387

**Owner**
RODDY REYES

**Mailing Address**
11966 SW 269 TERR
MIAMI, FL 33032

**PA Primary Zone**
0100 SINGLE FAMILY - GENERAL

**Primary Land Use**
0105 RESIDENTIAL - SINGLE FAMILY : CLUSTER HOME

| | |
|---|---|
| Beds / Baths / Half | 4 / 2 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | 2,628 Sq.Ft |
| Living Area | 2,136 Sq.Ft |
| Adjusted Area | 2,204 Sq.Ft |
| Lot Size | 7,632 Sq.Ft |
| Year Built | 1991 |



### Featured Online Tools

| | | | | | |
|---|---|---|---|---|---|
| Comparable Sales | Glossary | Non-Ad Valorem Assessments | PA Additional Online Tools | Property Record Cards | Property Search Help |
| | | | Property Taxes | Report Discrepancies | Report Homestead Fraud |
| Tax Comparison | Tax Estimator | TRIM Notice | Value Adjustment Board | | |

## ASSESSMENT INFORMATION

| Year | 2018 | 2017 | 2016 |
|---|---|---|---|
| Land Value | $37,896 | $31,580 | $15,790 |
| Building Value | $146,786 | $143,811 | $128,978 |
| Extra Feature Value | $1,665 | $1,682 | $1,700 |
| Market Value | $186,347 | $177,073 | $146,468 |
| Assessed Value | $114,207 | $103,825 | $94,387 |

## BENEFITS INFORMATION

| Benefit | Type | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $72,140 | $73,248 | $52,081 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION



EXHIBIT "B"

## TAXABLE VALUE INFORMATION

|  | 2018 | 2017 | 2016 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $114,207 | $103,825 | $94,387 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $186,347 | $177,073 | $146,468 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **REGIONAL** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $114,207 | $103,825 | $94,387 |

CUTLER LANDINGS 1ST ADDN
PB 136-57
LOT 34 BLK 17
LOT SIZE 7632 SQ FT
& INT IN COMMON AREA
OR 20312-0356 0302 1
COC 26371-0241 04 2008 6

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 04/01/2008 | $148,000 | 26371-0241 | Other disqualified |
| 08/01/2007 | $0 | 25872-3013 | Sales which are disqualified as a result of examination of the deed |
| 09/01/2005 | $235,000 | 23874-1594 | Sales which are qualified |
| 08/01/2004 | $170,000 | 22608-1734 | Sales which are qualified |
| 03/01/2002 | $125,000 | 20312-0356 | Sales which are qualified |
| 08/01/1999 | $85,000 | 18750-756 | Sales which are qualified |
| 06/01/1992 | $0 | 15649-0902 | Sales which are disqualified as a result of examination of the deed |
| 07/01/1991 | $102,700 | 15119-0218 | Sales which are qualified |

For more information about the Department of Revenue's Sales Qualification Codes.

2018   2017   2016

## LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| TV Size Adjustment (+) | RU-1 | 0100 - SINGLE FAMILY - GENERAL | Square Ft. | 2,632.00 | $7,896 |
| TV Stub | RU-1 | 0100 - SINGLE FAMILY - GENERAL | Square Ft. | 5,000.00 | $30,000 |

## BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1991 | 2,628 | 2,136 | 2,204 | $146,786 |

Building Sketches Available!

## EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Chain-link Fence 4-5 ft high | 2013 | 70 | $686 |
| Patio - Concrete Slab | 2013 | 255 | $979 |

## ADDITIONAL INFORMATION

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| Community Development District: | NONE | Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE | Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY | Zoning Code: | RU-1 - SINGLE-FAMILY RESIDENTIAL DISTRICT 7,500 FT2 NET |
| Existing Land Use: | Temporarily Unavailable | Government Agencies and Community Services | |

### OTHER GOVERNMENTAL JURISDICTIONS

| | | | |
|---|---|---|---|
| Business Incentives | Childrens Trust | Environmental Considerations | Florida Department Of Revenue |
| Florida Inland Navigation District | Miami-Dade County | PA Bulletin Board | Non-Ad Valorem Assessments |
| School Board | South Florida Water Mgmt District | Tax Collector | |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.0.3

| EXEMPTIONS & BENEFITS | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS | TAX ROLL ADMINISTRATION |
|---|---|---|---|---|---|
| Deployed Military | 40 Yr Building Re-Certification | Appealing your Assessment | Address Blocking | Property Search | Appealing your Assessment |
| Disability Exemptions | Appealing Your Assessment | Assessment Information Search | Change of Name | Property Sales | Reports |
| Homestead | | | Change of Address | Tax Estimator | |
| Institutional | Defective Drywall | Exemptions | Change of Ownership & Title | Tax Comparison | |
| Senior Citizens | Folio Numbers | Extension Requests | Declaration of Condominium | Homestead Exemption and Portability | |
| | Mortgage Fraud | Filing Returns | | | |
| More > | More > | More > | More > | More > | More > |

Home    Privacy Statement    Disclaimer    About Us    ADA Notice    Contact Us



© 2014 Miami-Dade County. All rights reserved.