

**ORDERED in the Southern District of Florida on August 22, 2018.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                CASE NO.: 13-28727-AJC
                                                                              Chapter 13
RODDY REYES,

        Debtor.
                                        /

### AGREED ORDER CONTINUING HEARING ON SECURED CREDITOR, CUTLER LANDINGS PROPERTY OWNERS ASSOCIATION, INC.'S MOTION FOR STAY RELIEF [DE 129]

THIS CAUSE having come before the Court on August 21, 2018 upon Secured Creditor, Cutler Landings Property Owners Association, Inc.'s Motion for Stay Relief [DE 129] (the "Motion"), and the Court being advised that Movant, Cutler Landings Property Owners Association, Inc. and the Debtor have agreed to the continuance of the

hearing on the Motion, it is

      ORDERED:

      1.      The hearing on the Motion scheduled for August 21, 2018 at 9:00 a.m. is continued to September 25, 2018 at 9:00 a.m. at the United States Bankruptcy Court, U.S. Courthouse, 301 N. Miami Avenue, Courtroom 7, Miami, Florida 33128.

####

<u>Submitted By:</u>
Jeffrey Berlowitz, Esq.
Siegfried, Rivera, et. al.
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134
Email: jberlowitz@srhl-law.com
Tel. (305) 442-3334/Fax (305) 443-3292

    Attorney Jeffrey Berlowitz is directed to mail a conformed copy of this Order, immediately upon receipt, to all interested parties and file a certificate of service.